**Davis Wright Tremaine** LLP

4870 Sadler Road
Suite 301
Glen Allen, VA 23060

**Cameron S. Matheson**
Tel: (804) 762-5332
Fax: (804) 762-5361

CameronMatheson@dwt.com

August 14, 2025

*Granted.*

*Denise Cote*
*8/14/25*

**VIA ECF**

The Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street,
New York, NY 10007

·Re:    *Troyt M. Victorson v. James Alpha Funds Trust, et al.*, 1:25-cv-06028 (S.D.N.Y.)

Dear Judge Cote:

We represent Quasar Distributors, LLC ("Quasar"), a defendant in the above-referenced lawsuit pending before Your Honor.  We write pursuant to Your Honor's Individual Practices in Civil Cases 1.D to request that Quasar's deadline to respond to the Complaint for Violations of the Federal Securities Laws (the "Complaint") be continued on the terms described herein. There have been no previous requests for an extension of time to respond to the Complaint.

Plaintiff filed the Complaint on July 22, 2025. On July 28, 2025, Quasar received service of the summons and Complaint, such that the current deadline for Quasar to respond to the Complaint is August 18, 2025.

The Complaint asserts claims under Sections 11, 12 and 15 of the Securities Act of 1933 on behalf of a putative class. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a lead plaintiff and lead counsel will be appointed to pursue the alleged class claims and putative class members are entitled to file motions seeking appointment as lead plaintiff within sixty days of a plaintiff publishing notice of the pendency of the action (*see* 15 U.S.C. § 77z-1(a)(3)(A)). Because Plaintiff published notice of the pendency of this action on July 22, 2025, the statutory deadline for putative class members to file lead plaintiff motions is September 22, 2025.

Quasar anticipates that, following the statutory lead plaintiff process, the appointed lead plaintiff(s) ("Lead Plaintiff") and approved lead counsel ("Lead Counsel") will file a consolidated complaint. Quasar therefore proposes the below schedule that extends Quasar's time to respond to the Complaint until after a Lead Plaintiff has been appointed and an amended or consolidated complaint has been filed.  Plaintiff consents to this request.

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Judge Denise Cote
August 14, 2025
P a g e | 2


     The parties, subject to the Court's approval, have agreed as follows:
(1) Quasar shall not be required to answer or otherwise respond to the Complaint; and
(2) within fourteen days following entry of an order by the Court pursuant to the PSLRA
selecting Lead Plaintiff and appointing Lead Counsel, counsel for Quasar and Lead Counsel shall
confer and submit a proposed schedule for the filing of a consolidated complaint and Quasar's
response thereto.

     The parties reserve all rights. Thank you for your consideration.


DAVIS WRIGHT TREMAINE LLP


  /s/ Cameron S. Matheson
Cameron S. Matheson
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
(804) 762-5332
cameronmatheson@dwt.com

*Attorneys for Defendant*
*Quasar Distributors, LLC*