# StradleyRonon

100 Park Avenue
Suite 2000
New York, NY 10017
T: 212.812.4124

Eric B. Porter
Partner
212.404.0639
eporter@stradley.com

August 15, 2025

**Via ECF**

Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

> **Re:**    *Troyt M. Victorson v. James Alpha Funds Trust, et al.*, 25 cv 6028 (DLC)

Dear Judge Cote:

This firm represents Defendants Managed Portfolio Series ("MPS"), Robert J. Kern, David A. Massert, Leonard M. Rush, David M. Swanson, Brian Wiedmeyer, and Benjamin Eirich (collectively, the "MPS Defendants") in the above-referenced action. In accordance with Section 1(D) of Your Honor's Individual Practices in Civil Cases, the MPS Defendants, with Plaintiff's consent, request that the Court extend the deadlines for the defendants to respond to the Complaint for Violations of the Federal Securities Laws (the "Complaint") in this action as set forth below. The MPS Defendants have not previously requested to extend these deadlines.

Plaintiff filed the Complaint on July 22, 2025. MPS was served with a Summons and the Complaint on July 28, 2025, and its deadline to respond to the Complaint is August 18, 2025. Mr. Wiedmeyer and Mr. Eirich were each served with a Summons and the Complaint on August 7, 2025, and their deadline to respond to the Complaint is August 28, 2025. The remaining MPS Defendants have agreed to accept service of Summonses and the Complaint, effective as of August 14, 2025, and their deadline to respond to the Complaint is September 4, 2025.

By Order dated July 29, 2025, the Court confirmed that the deadline under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for putative class members to move for appointment as lead plaintiff is September 21, 2025, and scheduled a conference on October 9, 2025, to consider any motions for appointment of lead plaintiff.

It is anticipated that after the Court concludes the process to appoint a lead plaintiff pursuant to the PSLRA, the appointed lead plaintiff will file an amended or consolidated

Chicago | Los Angeles | New York | Philadelphia | Washington, D.C.

Hon. Denise Cote
August 15, 2025
Page 2

complaint. The MPS Defendants therefore request, with Plaintiff's consent, that the Court extend the deadline for the defendants to respond to the Complaint as follows:

1. No defendant shall be required to answer or otherwise respond to the Complaint; and

2. Within fourteen days after the Court enters an Order appointing lead plaintiff pursuant to the PSLRA, counsel for the parties shall confer and submit a joint proposed schedule for the filing of an amended or consolidated complaint and the defendants' responses thereto.

Plaintiff consents to this request, which is consistent with the request submitted by Defendant Quasar Distributors, LLC, and approved by the Court on August 14, 2025.

The MPS Defendants thank the Court for Your Honor's consideration of this request.

Respectfully,

*/s/ Eric B. Porter*
Eric B. Porter
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
(212) 812-4124
eporter@stradley.com

*Counsel for the MPS Defendant*

*The time to respond to the complaint is stayed pending further order.*

*Denise Cote*
*8/15/25*