```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
TROYT M. VICTORSON,                        :
                                           :          25cv6028 (DLC)
                        Plaintiff,         :
                                           :          25cv6102 (DLC)
              -v-                          :
                                           :              ORDER
JAMES ALPHA FUNDS TRUST d/b/a EASTERLY     :
FUNDS TRUST, et al.,                       :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X
                                           :
RICHARD FULFORD,                           :
                                           :
                        Plaintiff,         :
                                           :
              -v-                          :
                                           :
JAMES ALPHA FUNDS TRUST d/b/a EASTERLY     :
FUNDS TRUST, et al.,                       :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

The Victorson action (25cv6028) was filed On July 22, 2025. The Fulford action (25cv6102) was filed on July 24. Both are putative class actions on behalf of investors who purchased shares of the Easterly ROCMuni High Income Municipal Bond Fund, both alleging violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933. In the Victorson action, plaintiffs' counsel published the notice required by 15 U.S.C. § 77z-1(a)(3)(A)(i) on July 23; in the Fulford action, that

notice was published on July 24. In letters of August 15 and 18, defendants in both actions have requested extensions of time to respond to the complaints. It is hereby

ORDERED that, in both actions, the time to respond to the complaint is stayed for all defendants pending further order.

IT IS FURTHER ORDERED that the following schedule shall govern both actions.

- Members of the purported classes have until **September 22, 2025** to move the Court to serve as lead plaintiffs.

- Opposition to any motion for appointment of lead plaintiff shall be served and filed by **October 2, 2025.**

- A joint conference applicable to both actions shall be held at **2:30 p.m.** on **October 9, 2025** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

Dated:   New York, New York
         August 19, 2025

_____
DENISE COTE
United States District Judge