**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROYT M. VICTORSON, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALPHA FUNDS TRUST d/b/a EASTERLY FUNDS TRUST, MANAGED PORTFOLIO SERIES, EASTERLY INVESTMENT PARTNERS LLC, PRINCIPAL STREET PARTNERS, LLC, EASTERLY SECURITIES LLC, QUASAR DISTRIBUTORS, LLC, TROY E. WILLIS, CHARLIE S. PULIRE, DARRELL CRATE, NEIL MEDUGNO, A. CLAYTON SPENCER, MICHAEL MONTAGUE, ROBERT J. KERN, DAVID A. MASSART, LEONARD M. RUSH, DAVID M. SWANSON, BRIAN WIEDMEYER, and BENJAMIN EIRICH,<br><br>Defendants. | Civil Action No.: 1:25-cv-06028 |

(Additional caption on following page)

**NOTICE OF MOTION OF RICHARD FULFORD**
**FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

RICHARD FULFORD, individually and on behalf of all others similarly situated,

                Plaintiff,

      v.

JAMES ALPHA FUNDS TRUST (d/b/a EASTERLY FUNDS TRUST), MANAGED PORTFOLIO SERIES TRUST, EASTERLY INVESTMENT PARTNERS LLC, PRINCIPAL STREET PARTNERS, LLC (n/k/a CALYDON CAPITAL, LLC), TROY E. WILLIS, CHARLIE S. PULIRE, BENJAMIN J. EIRICH, BRIAN R. WIEDMEYER, ROBERT J. KERN, DAVID A. MASSART, DAVID M. SWANSON, LEONARD M. RUSH, DARRELL CRATE, MICHAEL J. MONTAGUE, NEIL MEDUGNO, CLAYTON SPENCER, QUASAR DISTRIBUTORS, LLC, and EASTERLY SECURITIES LLC,

                Defendants.

Civil Action No.: 1:25-cv-06102

PLEASE TAKE NOTICE that at 2:30 p.m. on October 9, 2025 before the Honorable Denise L. Cote, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 18B, New York, New York 10007, Richard Fulford ("Mr. Fulford"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(B), will respectfully move this Court for an Order: (i) consolidating the above captioned related actions (the "Related Actions") under Rule 42 of the Federal Rules of Civil Procedure; (ii) appointing Mr. Fulford as Lead Plaintiff; (iii) approving his selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as Lead Counsel for the proposed class, and (iv) for any such further relief as the Court may deem just and proper.

In support of his Motion, Mr. Fulford submits his Memorandum of Law in Support of the Motion of Richard Fulford for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support of the Motion of Richard Fulford for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, dated September 22, 2025, and its exhibits.

This Motion is made on the grounds that Mr. Fulford believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Fulford believes that he has the "largest financial interest" in the relief sought by the proposed class in the Related Actions as a result of the losses he suffered on his purchases of shares of the Easterly ROCMuni High Income Municipal Bond Fund (f/k/a the Principal Street High Income Municipal Fund). Mr. Fulford also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

1

WHEREFORE, Mr. Fulford respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint him as Lead Plaintiff for the Related Actions in accordance with the PSLRA; (3) approve his selection of Kaplan Fox to serve as Lead Counsel for the proposed class; and (4) grant any such further relief that the Court may deem just and proper.

Dated: September 22, 2025                                     Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi
Brandon Fox
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
jcampisi@kaplanfox.com
bfox@kaplanfox.com

*Counsel for Movant Richard Fulford*

2

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on September 22, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi