# EXHIBIT B



# Kaplan Fox Files Class Action to Recover Losses for Investors in the Easterly ROCMuni High Income Municipal Bond Fund With Expanded Class Period of July 29, 2022 through June 12, 2025 -- RMJAX; RMHVX; RMHIX

Jul. 24, 2025 6:54 PM ET
Source: Kaplan Fox

NEW YORK, NY - July 24, 2025 ([NEWMEDIAWIRE (https://www.newmediawire.com)](https://www.newmediawire.com) ) - Kaplan Fox & Kilsheimer LLP ([www.kaplanfox.com (http://www.kaplanfox.com)](http://www.kaplanfox.com) ) has filed a proposed class action suit in the United States District Court for the Southern District of New York on behalf of all persons who purchased or otherwise acquired shares of the Easterly ROCMuni High Income Municipal Bond Fund (f/k/a the Principal Street High Income Municipal Fund) (the "Fund") during the period July 29, 2022 through June 12, 2025 ("Class Period"). The Complaint alleges violations of Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 against the Fund's current or former trusts, trustees and/or officers of the trusts, portfolio managers, investment advisors and underwriters.



During the Class Period, Class A (RMJAX), Investor Class (RMHVX) and Class I (RMHIX) shares of the Fund were offered and sold to investors (formerly Class A (GSTFX), Investor Class (GSTEX), and Institutional Class shares (GSTAX)).

**If you are a member of the proposed Class, you may move the court no later than September 22, 2025 to serve as a lead plaintiff for the proposed Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.**

If you have any questions about this Notice, the action, your rights, or your interests, or would like a copy of the Complaint, please e-mail attorneys Jeffrey P. Campisi ([jcampisi@kaplanfox.com](mailto:jcampisi@kaplanfox.com)), or Larry King ([lking@kaplanfox.com](mailto:lking@kaplanfox.com)) or contact them by phone, regular mail, or fax, or click here.

The Complaint alleges that the Fund is an open-ended management investment company, commonly known as a "mutual fund," and was registered under the Investment Company Act of 1940. The Complaint alleges that the Offering Materials for the Fund, including registration statements and prospectuses filed on behalf of the Fund with the SEC, represented that the Fund maintained a 15% limitation on illiquid investments, and that Defendants further represented that if a significant amount of the Fund's securities were to become illiquid, the Fund may not be able to timely pay redemption proceeds and may need to sell securities at a signficicantly reduced price. Defendants further warned of potential future risks, including that if a significant amount of the Fund's securities were to become illiquid, the Fund may not be able to timely pay redemption proceeds and may need to sell securities at significantly reduced price.

The Complaint further alleges that unknown to investors, statements made in the Offering Materials in connection with the offer and sale of Fund shares were materially false and misleading because: (a) they failed to disclose that a substantial percentage of the Fund's net asset value ("NAV") was concentrated in illiquid assets; (b) they failed to disclose that the safeguards that purportedly limited the Fund's investment in illiquid assets were ineffective and that, consequently, the Fund's investment in illiquid assets exceeded its purported limits; (c) they materially overvalued the reported carrying value of certain of the Fund's asssets and overstated the Fund's NAV; and (d) as a result, Fund investors were subject to material undisclosed risks.

The Complaint further alleges that on June 13, 2025, the undisclosed negative facts and risks concealed from investors came to light when the Fund dumped large portions of its portfolio of illiquid securities, triggering a collapse in the Fund's NAV in a matter of days, wiping out hundreds of millions of dollars in investor capital. On June 12, 2025, the reported NAV of the Fund was $6.15 per share. On June 13, 2025, the Fund's NAV collapsed to $4.33 per share, a decline of over 30%.

Plaintiff seeks to recover damages on behalf of the proposed Class and is represented by Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com (http://www.kaplanfox.com) ). Our firm, with offices in New York, Oakland, California, Los Angeles, Chicago, and New Jersey, has decades of experience in prosecuting investor class actions and actions involving violations of the federal securities laws.

Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 329-8571
Fax: (212)-687-7714
E-mail: jcampisi@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4704
Fax:  (415) 772-4707
E-mail: lking@kaplanfox.com

View the original release on www.newmediawire.com (https://www.newmediawire.com/nmw_release/?rid=6882a7dbda846f6278384695/kaplan-fox-files-class-action-to-recover-losses-for-investors-in-the-easterly-rocmuni-high-income-municipal-bond-fund-with-expanded-class-period-of-july-29-2022-through-june-12-2025-rmjax-rmhvx-rmhix)

---



NewMediaWire distributes press releases on behalf of hundreds of publicly traded companies, as well as private corporations, non-profits and other public sector organizations. Founded and staffed by industry veterans, we offer a full complement of services including specialized delivery to financial sites and posting of photos and multimedia content. In addition, NewMediawire offers international and specialized services such as IR websites and industry specific distribution.