# EXHIBIT C

**Exhibit C**

**Richard Fulford**

**Estimated Losses in Easterly ROCmuni High Income Municipal Bond Fund (f/k/a the Principal Street High Income Municipal Fund) - Class period: 7/29/2022 - 6/12/2025**

| SECURITY NAME | SYMBOL | TRANSACTION TYPE | TRADE DATE | QUANTITY | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **Account 1:** | | | | | | | |
| PRINCIPAL STREET HIGH INC MUNCPL INSTL | GSTAX | Buy | 8/4/2022 | 12,174.18 | $8.21 | $99,950.02 | |
| PRINCIPAL STREET HIGH INC MUNCPL INSTL | GSTAX | Buy | 11/2/2023 | 6,043.17 | $6.95 | $42,000.03 | |
| PRINCIPAL STREET HIGH INC MUNCPL INSTL | GSTAX | Buy | 2/16/2024 | 99,858.11 | $7.38 | $736,952.85 | |
| EASTERLY ROCMUNI HIGH INCOME MUN BD FD INSTL | RMHIX | Stock Merger | 10/4/2024 | 118,075.46 | | $0.00 | |
| | | | | *236,150.92* | | *$878,902.90* | |
| | | | | | | | |
| PRINCIPAL STREET HIGH INC MUNCPL INSTL | GSTAX | Stock Merger | 10/4/2024 | (118,075.46) | | $0.00 | |
| EASTERLY ROCMUNI HIGH INCOME MUN BD FD INSTL | RMHIX | Sell | 6/13/2025 | (118,075.46) | $3.99 | ($471,121.09) | |
| | | | | *(236,150.92)* | | *($471,121.09)* | $407,781.82 |
| | | | | | | | |
| **Account 2:** | | | | | | | |
| PRINCIPAL STREET HIGH INC MUNCPL INSTL | GSTAX | Buy | 1/31/2023 | 132,972.08 | $7.52 | $999,950.04 | |
| | | | | *132,972.08* | | *$999,950.04* | |
| | | | | | | | |
| PRINCIPAL STREET HIGH INC MUNCPL INSTL | GSTAX | Sell | 9/25/2024 | (132,972.08) | $7.33 | ($974,685.35) | |
| | | | | *(132,972.08)* | | *($974,685.35)* | $25,264.70 |
| | | | | | | | |
| | | | | | | Total Estimated Losses | **$433,046.51** |