# EXHIBIT E

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROYT M. VICTORSON, individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>JAMES ALPHA FUNDS TRUST d/b/a EASTERLY FUNDS TRUST, MANAGED PORTFOLIO SERIES, EASTERLY INVESTMENT PARTNERS LLC, PRINCIPAL STREET PARTNERS, LLC, EASTERLY SECURITIES LLC, QUASAR DISTRIBUTORS, LLC, TROY E. WILLIS, CHARLIE S. PULIRE, DARRELL CRATE, NEIL MEDUGNO, A. CLAYTON SPENCER, MICHAEL MONTAGUE, ROBERT J. KERN, DAVID A. MASSART, LEONARD M. RUSH, DAVID M. SWANSON, BRIAN WIEDMEYER, and BENJAMIN EIRICH,<br><br>     Defendants. | Civil Action No.: 1:25-cv-06028 |

(Additional caption on following page)

## DECLARATION OF RICHARD FULFORD

RICHARD FULFORD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JAMES ALPHA FUNDS TRUST (d/b/a EASTERLY FUNDS TRUST), MANAGED PORTFOLIO SERIES TRUST, EASTERLY INVESTMENT PARTNERS LLC, PRINCIPAL STREET PARTNERS, LLC (n/k/a CALYDON CAPITAL, LLC), TROY E. WILLIS, CHARLIE S. PULIRE, BENJAMIN J. EIRICH, BRIAN R. WIEDMEYER, ROBERT J. KERN, DAVID A. MASSART, DAVID M. SWANSON, LEONARD M. RUSH, DARRELL CRATE, MICHAEL J. MONTAGUE, NEIL MEDUGNO, CLAYTON SPENCER, QUASAR DISTRIBUTORS, LLC, and EASTERLY SECURITIES LLC,

Defendants.

Civil Action No.: 1:25-cv-06102

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this declaration in support of my motion for consolidation of the above-captioned related securities actions, appointment as lead plaintiff on behalf of purchasers of shares of the Easterly ROCMuni High Income Municipal Bond Fund (f/k/a the Principal Street High Income Municipal Fund) (the "Fund") under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approval of my selection of counsel.

2. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

3. I am 54 years old and reside in Laguna Beach, California. I obtained a B.S. in Civil Engineering from California Polytechnic State University-San Luis Obispo, an MBA from the University of California, Irvine, and I am a Chartered Financial Analyst (CFA). For the past two decades of my career, I have held senior roles in the investment and asset management industries working directly with pensions and corporate boards. I am familiar with the roles and duties of a fiduciary and have served as a fiduciary during my career.

4. As set forth in the documents to be filed with my motion, during the Class Period I purchased a substantial amount of shares of the Fund, retained shares through disclosures and suffered substantial losses as a result. By virtue of my significant financial interest in the resolution of the related actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and members of the Class I seek to represent.

5. I understand that a lead plaintiff is required to oversee counsel and direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important

litigation documents, and being deposed or attending important court hearings and trial, if necessary. I further understand that I am not required to seek appointment as lead plaintiff in order to recover.

6.      I filed one of the above-captioned actions on behalf of myself and a proposed class of purchasers of shares in the Fund. After discussing the responsibilities of serving as lead plaintiff and being satisfied that Kaplan Fox & Kilsheimer LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I authorized the firm to file a lead plaintiff motion on my behalf.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on ___8/27/2025_____

DocuSigned by:

*Richard Fulford*
8BF9CAFA82E0470...      RICHARD FULFORD

2