**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROYT M. VICTORSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-06028-DLC |
| Plaintiff, | |
| v. | |
| JAMES ALPHA FUNDS TRUST d/b/a EASTERLY FUNDS TRUST, et al., | |
| Defendants. | |
| RICHARD FULFORD, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-06102-DLC |
| Plaintiff, | |
| v. | |
| JAMES ALPHA FUNDS TRUST (d/b/a EASTERLY FUNDS TRUST), et al., | |
| Defendants. | |

**NOTICE OF WILLIAM CONSIDINE, JENNIFER MAURAN, WAYNE CONSIDINE, AND MAUREEN CONSIDINE'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that William Considine, Jennifer Mauran, Wayne Considine, and Maureen Considine (collectively, the "Considine Family") respectfully move this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing the Considine Family as Lead Plaintiff pursuant to the Securities Act of 1933 ("Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z-1(a)(3)(B); (3) approving the Considine Family's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

The Considine Family seeks consolidation of related actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Federal Rules of Civil Procedure, the Securities Act and the PSLRA.  This motion is based on this notice, the attached memorandum of law, the declaration of Gregory B. Linkh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: September 22, 2025

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

1

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movants William
Considine, Jennifer Mauran, Wayne Considine,
and Maureen Considine, and Proposed Lead
Counsel for the Class*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 22, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2025, at Brooklyn, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh