**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROYT M. VICTORSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JAMES ALPHA FUNDS TRUST d/b/a EASTERLY FUNDS TRUST, et al., <br><br> Defendants. | Case No. 1:25-cv-06028-DLC |
| RICHARD FULFORD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JAMES ALPHA FUNDS TRUST (d/b/a EASTERLY FUNDS TRUST), et al., <br><br> Defendants. | Case No. 1:25-cv-06102-DLC |

**[PROPOSED] ORDER**

Having considered William Considine, Jennifer Mauran, Wayne Considine, and Maureen Considine's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Easterly ROCMuni High Income Municipal Bond Fund f/k/a Principal Street High Income Municipal Fund Securities Litigation*, Master File No. 1:25-cv-06028-DLC;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), appoints William Considine, Jennifer Mauran, Wayne Considine, and Maureen Considine, as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.


        **IT IS SO ORDERED.**


Dated: _____, 2025         _____
                                         HON. DENISE L. COTE
                                         UNITED STATES DISTRICT JUDGE

1