# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROYT M. VICTORSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALPHA FUNDS TRUST d/b/a EASTERLY FUNDS TRUST, et al.,<br><br>Defendants. | Case No. 1:25-cv-06028-DLC |
| RICHARD FULFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALPHA FUNDS TRUST (d/b/a EASTERLY FUNDS TRUST), et al.,<br><br>Defendants. | Case No. 1:25-cv-06102-DLC |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF WILLIAM CONSIDINE, JENNIFER MAURAN, WAYNE CONSIDINE, AND MAUREEN CONSIDINE'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movants William Considine, Jennifer Mauran, Wayne Considine, and Maureen Considine (collectively, the "Considine Family") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of the Considine Family's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published July 22, 2025, on *Globe Newswire*, announcing the pendency of the first-filed securities class action against Defendants herein;

Exhibit B:    The Considine Family's Signed PSLRA Certifications;

Exhibit C:    Analysis of the Considine Family's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 22nd day of September 2025.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 22, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2025, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh