# EXHIBIT A

**Robbins Geller Rudman & Dowd LLP**

ATTORNEY ADVERTISEMENT

*Source:* *Robbins Geller Rudman & Dowd LLP*

*July 22, 2025 21:07 ET*

# INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Easterly ROCMuni High Income Municipal Bond Fund f/k/a Principal Street High Income

# Municipal Fund and Announces Opportunity for Investors with Substantial Losses to Lead the Easterly ROCMuni Class Action Lawsuit - RMJAX; RMHVK; RMHIX

SAN DIEGO, July 22, 2025 (GLOBE NEWSWIRE) -- **Robbins Geller Rudman & Dowd LLP** announces that purchasers of Easterly ROCMuni High Income Municipal Bond Fund f/k/a Principal Street High Income Municipal Fund (the "Easterly ROCMuni Fund") (NYSE: RMJAX; RMHVK; RMHIX) shares between May 5, 2023 and June 12, 2025, inclusive (the "Class Period"), have until September 22, 2025 to seek appointment as lead plaintiff of the *Easterly ROCMuni* class action lawsuit. Captioned *Victorson v. James Alpha Funds Trust d/b/a Easterly Funds Trust*, No. 25-cv-06028 (S.D.N.Y.), the *Easterly ROCMuni* class action lawsuit charges the Easterly ROCMuni Fund, James Alpha Funds Trust d/b/a Easterly Funds Trust, investment adviser Easterly Investment Partners LLC and its former investment adviser Principal Street Partners, LLC, certain of the Easterly ROCMuni Fund's underwriters, certain of their top executive officers and trustees, and others with violations of the Securities Exchange Act of 1933.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Easterly ROCMuni* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-easterly-rocmuni-high-income-municipal-bond-fund-f-k-a-principal-street-high-income-municipal-fund-class-action-lawsuit-rmjax-rmhvk-rmhix.html**

**You can also contact attorneys J.C. Sanchez or Jennifer N. Caringal of Robbins Geller by calling 800/449-4900 or via e-mail at info@rgrdlaw.com.**

**CASE ALLEGATIONS**: The Easterly ROCMuni Fund commenced operations in September 2017 and, as a mutual fund, it is subject to an extensive regulatory framework designed to safeguard the investing public. The "Fact Sheet" for the Easterly ROCMuni Fund states that the Easterly ROCMuni Fund "[s]eeks to provide long-term, yield-driven total return relying mostly on fundamental credit analysis by building a diversified high-yield portfolio focusing on overlooked and under-appreciated sectors of the high-yield municipal bond market." Unlike stocks, whose price is determined through trading on an exchange, mutual fund shares must be priced daily based on the fund's net asset value ("NAV").

The *Easterly ROCMuni* class action lawsuit alleges that defendants made false and/or misleading statements and/or failed to disclose that: (i) the Easterly ROCMuni Fund had marked tens of millions of dollars' worth of its portfolio assets at artificially inflated prices that did not reasonably reflect the fair value of those assets; (ii) the Easterly ROCMuni Fund had implemented a fundamentally flawed pricing and valuation methodology which had systematically inflated the Easterly ROCMuni Fund's NAV and individual asset valuations; (iii) the Easterly ROCMuni Fund was more heavily invested in illiquid assets than disclosed in its Offering Materials; (iv) the Easterly ROCMuni Fund's assets were more closely correlated and less diversified than disclosed in its Offering Materials; (v) as a result, the Easterly ROCMuni Fund's stated NAV, NAV per share, individual asset valuations, and historical performance were materially overstated; and (vi) consequently, the Easterly ROCMuni Fund was subject to a material undisclosed risk of a sudden collapse in the price of Easterly ROCMuni Fund shares.

The *Easterly ROCMuni* class action lawsuit further alleges that on June 13, 2025, the Easterly ROCMuni Fund abruptly marked down the value of Easterly ROCMuni Fund shares by 30%. The per share NAV of RMHIX was marked down from $6.15 per share the prior day to $4.33 per share; the per share NAV of RMHVX was marked down from $6.19 per share the prior day to $4.36 per share; and the per share NAV of RMJAX was marked down from $6.13 per share the prior day to $4.31 per share. The value of Easterly ROCMuni Fund shares continued to plummet in subsequent days, falling to less than $3 per share within a span of just two weeks. The total net assets

of the Easterly ROCMuni Fund collapsed from over $230 million as of March 31, 2025 to less than $17 million as of July 8, 2025.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here.**

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Easterly ROCMuni Fund shares during the Class Period to seek appointment as lead plaintiff in the *Easterly ROCMuni* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Easterly ROCMuni* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Easterly ROCMuni* class action lawsuit. An investor's ability to share in any potential future recovery of the *Easterly ROCMuni* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud and shareholder litigation. Our Firm has been ranked #1 in the ISS Securities Class Action Services rankings for four out of the last five years for securing the most monetary relief for investors. In 2024, we recovered over $2.5 billion for investors in securities-related class action cases – more than the next five law firms combined, according to ISS. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world, and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest ever – $7.2 billion – in *In re Enron Corp. Sec. Litig*. Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

Contact:
    Robbins Geller Rudman & Dowd LLP
    J.C. Sanchez, Jennifer N. Caringal
    655 W. Broadway, Suite 1900, San Diego, CA 92101
    800-449-4900
    **info@rgrdlaw.com**