**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROYT M. VICTORSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-06028-DLC |
| Plaintiff, | |
| v. | |
| JAMES ALPHA FUNDS TRUST d/b/a EASTERLY FUNDS TRUST, et al., | |
| Defendants. | |
| RICHARD FULFORD, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-06102-DLC |
| Plaintiff, | |
| v. | |
| JAMES ALPHA FUNDS TRUST (d/b/a EASTERLY FUNDS TRUST), et al., | |
| Defendants. | |

**NOTICE OF ERRATA**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff Movants William Considine, Jennifer Mauran, Wayne Considine, and Maureen Considine (collectively, the "Considine Family"), by and through their counsel, hereby file this Notice of Errata to correct: (1) the Sworn Certification of Jennifer Mauran (Dkt. 58-2 at 4-5); (2) the Sworn Certification of Maureen Considine (Dkt. 58-2 at 8-9); and (3) the Considine Family's Financial Interest Analysis (Dkt. No. 58-3). The corrected Sworn Certification of Jennifer Mauran is attached hereto as Exhibit A. The corrected Sworn Certification of Maureen Considine is attached hereto as Exhibit B. And the corrected Financial Interest Analysis is attached hereto as Exhibit C.

After the Considine Family filed their motion for consolidation, appointment as lead plaintiff, and approval of lead counsel on September 22, 2025 (Dkt. No. 56) they and their counsel learned that certain transactions were mistakenly excluded from Ms. Mauran and Ms. Considine's certifications and loss analysis, and that the quantity figures for certain of their initial purchases were incorrect. As a result, the Considine Family slightly understated their loss in their motion. The net impact of the corrections increases the Considine Family's loss by $7,520.81 (from $611,701.01 to $619,221.82). The additional transactions and corrected share quantities are highlighted in the corrected financial interest analysis (Exhibit C).

Respectfully submitted,

DATED: September 26, 2025

**GLANCY PRONGAY & MURRAY LLP**

By:    */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movants William
Considine, Jennifer Mauran, Wayne Considine,
and Maureen Considine, and Proposed Lead
Counsel for the Class*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 26, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26, 2025, at Brooklyn, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh