**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROYT M. VICTORSON, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALPHA FUNDS TRUST d/b/a EASTERLY FUNDS TRUST, MANAGED PORTFOLIO SERIES, EASTERLY INVESTMENT PARTNERS LLC, PRINCIPAL STREET PARTNERS, LLC, EASTERLY SECURITIES LLC, QUASAR DISTRIBUTORS, LLC, TROY E. WILLIS, CHARLIE S. PULIRE, DARRELL CRATE, NEIL MEDUGNO, A. CLAYTON SPENCER, MICHAEL MONTAGUE, ROBERT J. KERN, DAVID A. MASSART, LEONARD M. RUSH, DAVID M. SWANSON, BRIAN WIEDMEYER, and BENJAMIN EIRICH,<br><br>Defendants. | Civil Action No.: 1:25-cv-06028 (DLC) |

(Additional caption on following page)

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF RICHARD FULFORD FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO COMPETING MOTION**

| | |
|---|---|
| RICHARD FULFORD, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>      v.<br><br>JAMES ALPHA FUNDS TRUST (d/b/a EASTERLY FUNDS TRUST), MANAGED PORTFOLIO SERIES TRUST, EASTERLY INVESTMENT PARTNERS LLC, PRINCIPAL STREET PARTNERS, LLC (n/k/a CALYDON CAPITAL, LLC), TROY E. WILLIS, CHARLIE S. PULIRE, BENJAMIN J. EIRICH, BRIAN R. WIEDMEYER, ROBERT J. KERN, DAVID A. MASSART, DAVID M. SWANSON, LEONARD M. RUSH, DARRELL CRATE, MICHAEL J. MONTAGUE, NEIL MEDUGNO, CLAYTON SPENCER, QUASAR DISTRIBUTORS, LLC, and EASTERLY SECURITIES LLC,<br><br>          Defendants. | Civil Action No.: 1:25-cv-06102 (DLC) |

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1. I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to this Court and am in good standing.

2. I respectfully submit this declaration in support of Richard Fulford's Memorandum of Law in Further Support of the Motion of Richard Fulford for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel and in Opposition to Competing Motion. I have personal knowledge of the matters set forth below based upon and if called as a witness in this matter, I could and would competently testify to the matters set forth below.

2

2.        Attached hereto are true and correct copies of the following documents:

**Exhibit A:**  *In re Weatherford Sec. Litig.*, No. 11 CV 1646 (DLC), Transcript of Oral Argument (S.D.N.Y. June 24, 2011).

**Exhibit B:**  *In re NovaGold Res. Inc. Sec. Litig.*, No. 08-cv-7041 (DLC), Transcript of Oral Argument (S.D.N.Y. Oct. 31, 2008).

I declare under penalty of perjury that the foregoing it true and correct.

Executed this 2nd day of October, 2025, at New York, New York.

/s/        *Jeffrey P. Campisi*
JEFFREY P. CAMPISI

2

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on October 2, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/      *Jeffrey P. Campisi*

JEFFREY P. CAMPISI

3