UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
IN RE EASTERLY ROCMUNI HIGH         :   Civil Action No. 1:25-cv-06028-DLC
INCOME MUNICIPAL BOND FUND          :
                                    :   <u>CLASS ACTION</u>
This Document Relates To:           :
                                    :
  *Victorson v. James Alpha Funds d/b/a* :
  *Easterly Funds Trust*, No. 1:25-cv-  :
  06028-DLC                         :
                                    x
---------------------------------------

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Troyt M. Victorson hereby voluntarily dismisses his claims without prejudice to his ability to participate in this action as an absent class member. The class's interests will continue to be represented by Court-appointed Lead Plaintiff and Lead Counsel.

DATED: December 15, 2025

Respectfully submitted,
ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
JOSEPH F. RUSSELLO

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com
jrussello@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
bcochran@rgrdlaw.com

Counsel for Troyt M. Victorson

So ordered.

/s/ Denise Cote
12/17/25