**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EASTERLY ROCMUNI HIGH INCOME MUNICIPAL BOND FUND | Civil Action No. 1:25-cv-06028-DLC **SUGGESTION OF DEATH** |

Pursuant to Federal Rule of Civil Procedure 25(a), notice is hereby given of the death of Leonard M. Rush, who has been represented in this action by Olshan Frome Wolosky, LLP.  Mr. Rush passed away on or about January 7th, 2026.

Dated: January 14, 2026

/s/ *Sahand Farahati*
John G. Moon
Adrienne M. Ward
Sahand Farahati
OLSHAN FROME WOLOSKY LLP
*Attorneys for Defendants Robert J. Kern,*
*David A. Massart, David M. Swanson, and*
*Leonard M. Rush*
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
jmoon@olshanlaw.com
award@olshanlaw.com

1

13117138-2