UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :      25cv6028 (DLC)
IN RE EASTERLY ROCMUNI HIGH INCOME         :
MUNICIPAL BOND FUND                        :          ORDER
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

On January 30, 2026, defendants filed a motion to dismiss lead plaintiff's first amended complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P.  An Order of October 9, 2025 directed lead plaintiff to file any amended complaint by February 20, 2026, and alerted lead plaintiff that he would likely not have further opportunity to amend.  Lead plaintiff filed an amended complaint on February 20.  Accordingly, it is hereby

ORDERED that defendants' January 30 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

-      Motion served by **March 13**
-      Opposition served by **March 27**
-      Reply served by **April 3**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500
Pearl Street, New York, New York.

Dated:     New York, New York
           February 24, 2026

                                   _____
                                        DENISE COTE
                                   United States District Judge