# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

IN RE EASTERLY ROCMUNI HIGH      :     No. 25-CV-6028-DLC
INCOME MUNICIPAL BOND FUND    :

                             :

                             :

------------------------------------------------------

## ~~[PROPOSED]~~ REVISED SCHEDULING ORDER

Pursuant to the February 26, 2026, letter motion by Defendants in this action, and with the consent of Plaintiff, the Court ORDERS as follows:

1. Defendants may file a joint motion to dismiss the Second Amended Complaint of up to 10,750 words on or before March 23, 2026.

2. Plaintiff may file an opposition to Defendants' motion to dismiss the Second Amended Complaint of up to 10,750 words on or before April 23, 2026.

3. Defendants may file a reply to Plaintiff's opposition of up to 4,300 words on or before May 7, 2026.

IT IS SO ORDERED.

DATED: February 26, 2026

_____
Hon. Denise L. Cote
United States District Judge