**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE EASTERLY ROCMUNI HIGH INCOME MUNICIPAL BOND FUND | 25-cv-6028 (DLC) |

**LEAD PLAINTIFF'S NOTICE OF MOTION TO STRIKE AND IN OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE, OR, IN THE ALTERNATIVE, TO CONVERT THE MOTION TO DISMISS INTO A MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure, the Court's inherent authority, and the Court's Revised Scheduling Order and the Court's Individual Practices in Civil Cases, Lead Plaintiff Richard Fulford ("Plaintiff") moves this Court, before the Honorable Denise L. Cote, in Courtroom 18B of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, for an Order striking Exhibits 1-3, 21-24, and 31-41 attached to the Declaration of David M.J. Rein in Support of Defendants' Motion to Dismiss the Second Amended Complaint, dated January 30, 2026 (ECF No. 113) ("Rein Declaration").

As set forth in Lead Plaintiff's Memorandum of Law in Support of His Motion to Strike and in Opposition to Defendants' Request for Judicial Notice, or, in the Alternative, to Convert the Motion to Dismiss into a Motion for Summary Judgment, Exhibits 3, 21-24, and 31-41 are extraneous to the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 98) (the "Complaint"), and therefore Exhibits 3, 21-24, and 31-41 and the arguments based upon them in Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 112) should be stricken, or at least not considered in resolving Defendants' motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In the alternative, should the Court decide to consider Exhibits 3, 21-24, 31-41, Plaintiff

moves this Court for an order converting Defendants' Motion to Dismiss into a Motion for Summary Judgment, which should be denied, and providing Plaintiff a reasonable opportunity to take discovery on the factual issues raised by Defendants' motion.

Exhibits 1 and 2 of the Rein Declaration represent an improper extension of Defendants' briefing or are inaccurate, confusing and misleading and therefore should be stricken or at least not considered in resolving the Motion.

This motion is made on the grounds that good cause exists for striking from consideration Exhibits 1-3, 21-24 and 31-41, and all references thereto.

This motion is brought, in the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds that Defendants have presented numerous exhibits "outside the pleadings" in support of their motion to dismiss in an attempt to directly contradict the factual allegations in the Complaint. Defendants' arguments based upon the facts contained in those exhibits raise factual disputes between the parties that can only be considered on a motion for summary judgment or at a trial on the merits. Under Rule 56(d), if the Court considers Exhibits 3, 21-24 and 31-41, the Court may (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order.

This Motion is based upon 1) this Notice, 2) Lead Plaintiff's Memorandum of Law in Support of His Motion to Strike and in Opposition to Defendants' Request for Judicial Notice, or, in the Alternative, to Convert the Motion to Dismiss into a Motion for Summary Judgment, 3) the Declaration of Jeffrey P. Campisi in Support of Lead Plaintiff's Motion to Strike and in Opposition to Defendants' Request for Judicial Notice, or, in the Alternative, to Convert the Motion to Dismiss into a Motion for Summary Judgment, dated April 23, 2026 4) the [Proposed] Order Granting Lead Plaintiff's Motion to Strike filed concurrently herewith, 5) the Complaint, and 6) such other

2

evidence and argument as the Court may consider.

Dated: April 23, 2026

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

/s/    *Jeffrey P. Campisi*

Frederic S. Fox
Donald R. Hall
Jeffrey P. Campisi
Brandon Fox
Clara Abramson
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com
jcampisi@kaplanfox.com
bfox@kaplanfox.com
cabramson@kaplanfox.com

*Lead Counsel for Lead Plaintiff Richard*
*Fulford and the Proposed Class*