UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :     25cv6028 (DLC)
IN RE EASTERLY ROCMUNI HIGH INCOME    :
MUNICIPAL BOND FUND                   :     ORDER
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On March 23, 2026, defendants filed a motion to dismiss lead plaintiff's second amended complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Defendants' filing was accompanied by a declaration of David M.J. Rein and forty-one exhibits.  On April 23, lead plaintiff opposed the motion to dismiss and filed a motion to strike certain exhibits attached to Mr. Rein's declaration.  Accordingly, it is hereby

ORDERED that defendants shall file their opposition to the motion to strike by **May 7, 2026.**

IT IS FURTHER ORDERED that any reply is due **May 14, 2026.** At the time any reply is filed, plaintiff shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         April 24, 2026

                          _____
                          DENISE COTE
                          United States District Judge