GOODWIN

Daniel Roeser
+1 212 459 7276
DRoeser@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

The extension is granted to October 7, 2026. The parties shall confer and present a proposed schedule for the litigation on October 7.
Denise Cote
9/25/26

**VIA ECF**

September 24, 2026

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse, Courtroom 18B
500 Pearl Street
New York, NY 10007

**Re: In re Easterly ROCMuni High Income Municipal Bond Fund, No. 1:25-cv-06028-DLC**

Dear Judge Cote:

We represent Defendant Quasar Distributors, LLC ("Quasar"), in the above-referenced matter. Pursuant to Local Rule 7.1(e) and Section 1.D of Your Honor's Individual Practices in Civil Cases, we respectfully request a two-week extension of the deadline for Quasar to respond to the Second Amended Complaint from September 30, 2026, to October 14, 2026.

Quasar respectfully requests this modest extension because it has engaged new counsel, who are appearing in this action concurrently with this request. This modest extension will provide time for Quasar's new counsel to coordinate with their client. The requested extension will not affect any other deadlines or otherwise impede the progress of this litigation. We have conferred with Lead Plaintiff, who takes no position on Quasar's request.

There have been two prior requests for an extension of time to answer the complaint. On August 14, 15 and 18, 2025, prior to the appointment of a lead plaintiff and lead counsel in this action under the Private Securities Litigation Reform Act of 1995, Defendants filed letter motions requesting extensions of time to answer the Complaint. This Court granted those motions and then issued a further order on August 19, 2025, staying the time to respond to the complaint pending appointment of lead plaintiff and lead counsel. On August 21, 2026, Defendants filed a joint letter motion requesting an extension of time to answer the Second Amended Complaint. This Court granted that request on August 24, 2026, extending the deadline to answer the Second Amended Complaint by 30 days to September 30, 2026.

We thank the Court for considering this request.

GOODWIN



Respectfully submitted,

/s/ Daniel Roeser

Daniel Roeser