UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

IN RE EASTERLY ROCMUNI HIGH INCOME MUNICIPAL BOND FUND

---------------------------------------- X

25cv6028 (DLC)

PRETRIAL SCHEDULING ORDER

DENISE COTE, District Judge:

As set forth at the case management conference held on October 8, 2026, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. No additional parties may be joined or pleadings amended after **November 6, 2026.**

2. All fact discovery must be completed by **March 19, 2027.**

3. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **April 2, 2027.** Identification of rebuttal experts and disclosure of their expert testimony must occur by **April 30, 2027.**

4. All discovery must be completed by **May 28, 2027.**

5. The following motions will be served by the dates indicated below.

   Any motion for class certification:

   - Motion served by **March 19, 2027**
   - Opposition served by **May 7, 2027**
   - Reply served by **June 4, 2027**

   Any motion for summary judgment:

   - Motion served by **June 25, 2027**
   - Opposition served by **July 16, 2027**
   - Reply served by **July 30, 2027**

   At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

6. In the event no motion for summary judgment is filed, the Joint Pretrial Order must be filed by **June 25, 2027.**

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated: New York, New York
October 13, 2026

DENISE COTE
United States District Judge